PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | Case No. 08CR20119-01 |
| Kamilah R. Meeks ) | |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Kamilah R. Meeks, have discussed with Cathy Tovornik, Pretrial Services Officer, modification of my release conditions as follows:

1) Maintain or actively seek employment or maintain or commence an educational program
2) Participate in mental health counseling if deemed advisable by Pretrial Services
3) Third party notification if deemed advisable by Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

_Kamilah Meeks_ 5/14/08        _[signature]_ 5/12/08
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_No atty at this time_
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on _May 14, 2008_.

[ ] The above modification of conditions of release is not ordered.

_s/Diane K. Vescovo_        _May 14, 2008_
Signature of Judicial Officer    Date